| | |
|---|---|
| R. Christopher Harshman (CSB 248214)<br>rch@packetlaw.com<br>Michael L. Lovitz (CSB 268976)<br>mlovitz@lovitziplaw.com<br>LOVITZ IP LAW PC<br>9701 Wilshire Blvd., Suite 1000<br>Beverly Hills, CA  90212<br>Telephone:   (310) 860-6136<br>Facsimile:    (310) 861-6566<br><br>Attorneys for Plaintiff<br>KENNETH W. PENDERS, II | Rodger Cole (CSB 78865)<br>rcole@fenwick.com<br>Jennifer L. Kelly (CSB 193416)<br>jkelly@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone: (650) 988-8500<br>Facsimile:  (650) 938-5200<br><br>Attorneys for Defendants<br>SEGA OF AMERICA, INC. and<br>ELECTRONIC ARTS INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION- LOS ANGELES

| | |
|---|---|
| KENNETH W. PENDERS, II,<br><br>        Plaintiff,<br><br>  v.<br><br>SEGA OF AMERICA, INC.,<br>ELECTRONIC ARTS INC., and<br>DOES 1-10,<br><br>        Defendants. | Case No. 2:11-CV-04615-ODW-E<br><br>**STIPULATION RE TEMPORARY STAY PENDING RESOLUTION OF PRIOR-FILED SIMILAR ACTION** |

   Plaintiff Kenneth W. Penders, II ("Penders") and Defendants Sega of America, Inc. ("Sega") and Electronic Arts Inc. ("EA") (collectively, "Defendants"), by and through their respective counsel, submit this stipulation requesting an order temporarily staying all proceedings in the above-captioned action pending resolution of a prior-filed, similar action involving Penders entitled *Archie Comic Publications, Inc. v. Kenneth W. Penders II*, No. 1:10-cv-08858-RMB, United States District Court for the Southern District of New York (the "Prior-Filed Action").  In support of their request, the parties state as follows:

   WHEREAS, on November 23, 2010, Archie Comic Publications, Inc. ("Archie") commenced the Prior-Filed Action, seeking, *inter alia*, a declaration of non-infringement and invalidity of copyright registrations asserted by Penders and ordering cancellation of those registrations (Dkt. #1, No. 1:10-cv-08858-RMB, S.D.N.Y.);

   WHEREAS, on April 19, 2011, Penders filed counterclaims against Archie in the Prior-Filed Action for, *inter alia*, copyright infringement (Dkt #24, No. 1:10-cv-08858-RMB, S.D.N.Y.);

   WHEREAS, both Archie's and Penders' claims in the Prior-Filed Action arise out of creative works allegedly developed by Penders for publication by Archie, and relate to certain intellectual property licensed to Archie by Sega (collectively, the "Works");

   WHEREAS, the central issue in the Prior-Filed Action is whether the copyrights in the Works are owned by Penders, as their alleged creator, or by Archie, via two work-for-hire/assignment agreements, the authenticity and enforceability of which Penders disputes;

   WHEREAS, Penders filed the above-captioned action in this Court on May 31, 2011[1], asserting claims against Sega and EA for copyright infringement

---

[1] The effective date of service was August 19, 2011.  By agreement of the parties, Defendants' response to the complaint is due September 30, 2011.

1  based on alleged infringement by Sega and EA of the same Works that are at issue
2  in the Prior-Filed Action;
3        WHEREAS, Penders' claims in this action also turn on ownership of the
4  copyrights in the Works, and hence, will be directly and significantly impacted by
5  the outcome of the Prior-Filed Action, currently set for trial on October 31, 2011;
6        WHEREAS, on August 31, 2011, counsel for Defendants contacted counsel
7  for Penders to advise of Defendants' intention to bring a motion to stay this action
8  under the first-to-file rule, under which a district court has discretion to stay a case
9  when a federal action with similar parties and issues has already been filed in
10 another district court (*Pacesetter Systems, Inc. v. Medtronic, Inc.*, 678 F.2d 93, 94-
11 95 (9th Cir. 1982); *see also Alltrade, Inc. v. Uniweld Prods, Inc.*, 946 F.2d 622, 625
12 (9th Cir. 1991)), and which "serves the purpose of promoting efficiency well and
13 should not be disregarded lightly." *Church of Scientology v. United States Dep't of*
14 *the Army*, 611 F.2d 738, 750 (9th Cir. 1979);
15       WHEREAS, Penders agreed that, given the similarity of the parties and the
16 issues in the two actions, a stay of this action pending resolution of the Prior-Filed
17 Action (either the case as a whole or resolution of the copyright ownership issue) is
18 indeed appropriate and would serve the interests of judicial economy;
19       WHEREAS, in order to avoid unnecessary motion practice, the parties
20 agreed to stipulate to a stay of this action pending resolution of the Prior-Filed
21 Action (either the case as a whole or resolution of the copyright ownership issue);
22       NOW, THEREFORE, the parties hereby stipulate and agree that this action
23 should be stayed pending resolution of the Prior-Filed Action (either the case as a
24 whole or resolution of the copyright ownership issue, whichever occurs first),
25 including the exhaustion of any appellate review or the expiration of time in which
26 to seek same, pursuant to the first-to-file rule and in the interest of judicial
27
28

economy, and respectfully ask this Court to enter the proposed order effectuating the same.

Dated:  September 20, 2011                    FENWICK & WEST LLP


                                              By:  *s/Jennifer L. Kelly*
                                                   Jennifer L. Kelly

                                              Attorneys for Defendants
                                              SEGA OF AMERICA, INC. and
                                              ELECTRONIC ARTS INC.


Dated:  September 20, 2011                    LOVITZ IP LAW PC


                                              By:  *s/Michael L. Lovitz*
                                                   Michael L. Lovitz

                                              Attorneys for Plaintiff
                                              KENNETH W. PENDERS, II


## ATTORNEY ATTESTATION

I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.


                                                   */s/ Jennifer L. Kelly*
                                                      Jennifer L. Kelly